McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-00479 GEB |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR WRIT OF HABEAS CORPUS |
| v. ) | AD PROSEQUENDUM |
| ) | |
| DENNIS D. KINKLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    COMES NOW the United States of America by the United States Attorney and represents and shows:

    That there is now detained in Rio Consumnes Correctional Center, 12500 Bruceville, Elk Grove, California 95757, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and entry of plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 "I" Street, 8th Floor, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued

1  commanding the Warden, Sheriff or Jailor to produce the defendant
2  in court forthwith, and at such other dates as may be necessary
3  in order to procure the defendant's presence to enter a plea and
4  all other proceedings incident thereto.
5       WHEREFORE, your petitioner prays for an order directing the
6  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
7  under the seal of this Court, directed to the Warden, Sheriff or
8  Jailor, commanding him to have and produce the above-named
9  defendant in the United States District Court forthwith, and then
10 and there to present the defendant before the Court and from day
11 to day thereafter as may be necessary, and at the termination of
12 the proceedings against the defendant to return defendant to the
13 custody of the Warden, Sheriff or Jailor.
14 DATED: November 4, 2005

                                      McGREGOR W. SCOTT
                                      United States Attorney

                           BY:   /s/ Matthew D. Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

19                    O R D E R
20      Upon reading and filing the foregoing application in that
21 behalf;
22      IT IS ORDERED that a Writ of Habeas Corpus ad
23 Prosequendum issue as prayed for herein.
24 DATED: November 4, 2005.

                                 _____
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/kinkle0479.writ

1