MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS KINKLE<br><br>    Defendant. | CASE NO. S 05-479 LKK<br><br>**AMENDED** ORDER EXCLUDING TIME |

The time beginning December 6, 2005 and extending through January 10, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel for the Defendant requires additional time to evaluate the discovery materials and proposed plea agreement in this case . The Court finds that the

//
//
//
//

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATE: December 7, 2005

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge