# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  CR. S-05-0479 LKK

DENNIS D. KINKLE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee:    Dennis D. Kinkle

Detained at (custodian):    Deuel Vocational Institute, Tracy, CA

Detainee is:    a.)    (X) charged in this district by:
( ) Indictment    (X) Information    ( ) Complaint
Charging Detainee With:    18 U.S.C. 471

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence
is    currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Matthew D. Segal
Printed Name & Phone No: Matthew D. Segal (916) 554-2708
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**GREGORY G. HOLLOWS**

Date February 13, 2006    United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | E21793 | DOB: | 1964 |
| Facility Address: | 23500 Kasson Road | Race: | White |
| | Tracy, CA 95376 | FBI #: | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Parole Violation | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

N:\GLincoln\Segal\Kinkle, Dennis\Kinkle writ2 1-13-06.wpd
Form Crim-48    Revised 11/19/97