**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **DENNIS KINKLE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br> **DENNIS KINKLE**, <br> Defendant, | Crim. S-05-479 LKK <br><br> **STIPULATION AND ORDER THEREON** |

It is hereby stipulated between counsel for the government and the defendant that the change of plea scheduled for February 14, 2006 may be continued to February 22, 2006. This request is based on defense counsel's need to attend to family matters in Arizona. Counsel for the Government has authorized the signing of this stipulation. Time may be excluded based on continuity of counsel. Defense counsel has consulted with the defendant who is agreeable to the continuance and the time exclusion.

Dated: February 8, 2006                                      Dated: February 8, 2006


**MATTHEW SEGAL**                                            **STEVEN D. BAUER**
Assistant United States Attorney                             Attorney for Defendant


For Good Cause Appearing
**IT IS SO ORDERED**
Dated: February 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
U. S. District Judge