**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **DENNIS KINKLE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-05-479 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **DENNIS KINKLE,** | |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendant that the sentencing scheduled for May 2, 2006 may be continued to June 6, 2006. This continuance is necessary to complete the probation investigation and report. The delay in the preparation of the report is due to scheduling conflicts between defense counsel and the probation officer. Defendant having heretofore pleaded guilty there are no speedy trail issues. The defendant has been consulted and agrees to this continuance.

Dated: April 21, 2006                                Dated: April 21, 2006


/ s / Matthew Segal                                  / s / Steven D. Bauer

**MATTHEW SEGAL**                                    **STEVEN D. BAUER**
Assistant United States Attorney                     Attorney for Defendant

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: April 25, 2006

/s/ Lawrence K. Karlton

**LAWRENCE K. KARLTON**
U. S. District Judge